**Order entered August 16, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00422-CR

**NOLAN LAVON JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-48249-M**

## ORDER

We **GRANT c**ourt reporter Belinda G. Baraka's August 11, 2016 request for an extension of time to file the reporter's record. The time to file the reporter's record is extended to **September 12, 2016**.

/s/     LANA MYERS
JUSTICE